Daniel J. McLoon (State Bar No. 109598)
djmcloon@jonesday.com
Michael G. Morgan (State Bar No. 170611)
mgmorgan@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

Deborah A. Hedley (State Bar No. 276826)
dahedley@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

Attorneys for Defendants,
EXPERIAN INFORMATION SOLUTIONS,
INC.; EXPERIAN DATA CORP.; and
EXPERIAN SERVICES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER P. LANGAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.,<br><br>Defendants. | Case No. 3:13-cv-04994-JCS<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

On October 22, 2013, Plaintiff Christopher P. Langan, ("Plaintiff"), filed the above-entitled action in Contra Costa County Superior Court. Plaintiff's Complaint was served on Defendants Experian Information Solutions, Inc., Experian Data Corp. and Experian Service Corp. ("Defendants") on October 24, 2013. On October 28, 2013, this matter was removed to the United States District Court, Northern District of California by party TransUnion Corp.

In accordance with Local Rule 6-1(a), Plaintiff and Defendants have agreed to an

extension for Defendants to answer or otherwise respond to the Complaint to December 5, 2013.

Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that the deadline for Defendants Experian Information Solutions, Inc., Experian Data Corp. and Experian Service Corp. to answer or otherwise respond to the Complaint is extended until December 5, 2013.

Dated: November 14, 2013

By: /s/ Christopher P. Langan
Christopher P. Langan
837 Treehaven Court
Pleasant Hill, CA 94523
Telephone: +1.925.689.7901
Facsimile: +1.925.553.3513

Plaintiff Pro Per

Dated: November 14, 2013

JONES DAY

By: /s/ Deborah A. Hedley
Deborah A. Hedley (State Bar No. 276826)
dahedley@JonesDay.com
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: +1.650.739.3939
Facsimile: +1.650.739.3900

Daniel J. McLoon (State Bar No. 109598)
djmcloon@JonesDay.com
Michael G. Morgan (State Bar No. 170611)
mgmorgan@JonesDay.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.; EXPERIAN DATA CORP.; and EXPERIAN SERVICES CORP.

Dated: 11/18/13

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]