Andrew M. Lehmann, Esq.  (IN #31151-06)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  alehmann@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER P. LANGAN, Individually and on Behalf of All Others Similarly Situated,<br>　　　　Plaintiffs,<br><br>　　　vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION; UNITED SERVICES AUTOMOBILE ASSOCIATION FEDERAL SAVINGS BANK; UNITED RECOVERY SYSTEMS, LP; URS MANAGEMENT, LLC; GEORGE WILLIAMS; DISCOVER BANK; DISCOVER FINANCIAL SERVICES; WAL-MART STORES, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; GE CAPITAL RETAIL BANK; CACH LLC formerly, SQUARE TWO FINANCIAL formerly COLLECT AMERICA; J.A. CAMBECE LAW OFFICE, P.C.; J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.; JPMORGAN CHASE BANK also known as CHASE BANK USA, N.A.; EXPERIAN DATA CORP.; EXPERIAN INFORMATION SOLUTIONS, INC.; EXPERIAN SERVICES CORP.; TRANSUNION CORP.; EQUIFAX INC.; HOLLEY NAVARRE WATER SYSTEM, INC.; GULF CREDIT SERVICES, INC.; also known as COLLECTION | CASE NO. 3:13-cv-04994-JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

---

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:13-CV-04994-JCS**

| | |
|---|---|
| 1<br>2<br>3<br>4 | SERVICES, INC., also known as CSI; VERIZON )<br>COMMUNICATIONS INC.; VERIZON )<br>FEDERAL, INC.; VERIZON CALIFORNIA, )<br>INC.; PACIFIC BELL TELEPHONE COMPANY; )<br>AT&T TELEHOLDINGS, INC.; and DOES 1 )<br>through 25, inclusive, )<br>     Defendants. ) |

Plaintiff Christopher P. Langan and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:_____

_____
Andrew M. Lehmann, Esq. (IN #31151-06)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: alehmann@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Date:_____

_____
Christopher P. Langan
837 Treehaven Court
Pleasant Hill, CA 94523
Telephone: (925) 689-7901
Facsimile: (925) 553-3513

*Plaintiff*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2  dismissed with prejudice.  Plaintiff Christopher P. Langan and Defendant Trans Union, LLC
3  shall each bear their own costs and attorneys' fees.

4
5
6
7  Date:  December 5, 2013
8  _____
   HON. JON S. TIGAR, United States District
   Court, Northern District of California

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28