UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILIP LANGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-04994-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 43 |

In this action for violations of the Fair Credit Reporting Act and related claims, the Court granted Plaintiff Christopher Langan's motion for leave to file an amended complaint that revised his claims, dismissed with prejudice all claims against several defendants, added several defendants who previously had been identified as "Doe" defendants, and corrected the names of several defendants. ECF No. 43. The deadline for filing this amended complaint was January 2, 2014. Id. As of the date of this order, Langan has not filed this amended complaint. Accordingly, the Court has not ordered service of the complaint on Defendants under 28 U.S.C. § 1915.

On December 17, 2013, Defendant Verizon California filed a motion to compel arbitration, which is scheduled for a hearing on January 23, 2014. ECF No. 50. The deadline for filing an opposition was January 31, 2013. As of the date of this order, Langan has not filed an opposition. See ECF No. 52. Because the motion is suitable for determination without oral argument, the hearing on the motion is VACATED. See Civil L.R. 7-1(b).

//

//

//

//

//

Within fourteen days of the date this order is filed, Langan shall show cause, in writing, why the complaint should not be dismissed for failure to prosecute and why Verizon California's motion should not be granted. A failure to respond to this order will result in the dismissal of the complaint. The Court will not order service of the complaint under 28 U.S.C. § 1915 until Langan responds to this order and files the amended complaint discussed in the Court's order of December 5, 2013. ECF No. 43.

**IT IS SO ORDERED.**

Dated: January 9, 2014

_____
JON S. TIGAR
United States District Judge