UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILIP LANGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 13-cv-04994-JST<br><br>**ORDER GRANTING IN PART REQUEST FOR EXEMPTION FROM PACER FEES AND SETTING DEADLINES**<br><br>Re: ECF No. 54 |

In this action for violations of the Fair Credit Reporting Act and related claims, the Court issued an order to show cause on January 9, 2014, why this action should not be dismissed for failure to prosecute after Plaintiff Langan failed to file an amended complaint by the deadline set by the Court or to file an opposition to Verizon California's motion to compel arbitration. ECF No. 54. Langan filed a response to this order on the same day it was filed, asking the Court for "an in forma pauperis PACER account" and for an extension of the deadlines for filing the amended complaint and a response to Verizon California's motion. See ECF No. 55.

Because a fee exemption appears to be necessary to avoid unreasonable burdens in litigating this case, Langan's request for a PACER fee exemption is GRANTED IN PART. Langan is hereby exempt from PACER fees associated with filing and accessing electronic documents in this action only. Langan is not exempt from PACER fees associated with other uses of the ECF or PACER system. After this order is issued, the Court will presume that Langan will receive all filings in this case electronically and will no longer mail filings and notifications to his address of record.

Langan's request for an extension of the deadlines discussed above is GRANTED. Langan shall file the amended complaint discussed in the Court's order of December 5, 2013, see ECF No. 43, no later than January 31, 2014. Additionally, he shall file an opposition to Verizon

California's motion to compel arbitration, ECF No. 50, no later than February 14, 2014. Once the briefing is completed, the Court may set a hearing on Verizon California's motion, if appropriate.

**IT IS SO ORDERED.**

Dated: January 14, 2014

_____
JON S. TIGAR
United States District Judge