UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER PHILIP LANGAN,

             Plaintiff,

     v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION, et al.,

             Defendants.

Case No.  13-cv-04994-JST

**ORDER TO SERVE SUMMONS**

Re: ECF Nos. 33, 43, 63

      The Court granted Langan's motion to proceed in forma pauperis under 28 U.S.C. § 1915(a) on December 5, 2013, but the Court ordered the United States Marshal to refrain from serving summons on Defendants until Langan filed an amended complaint.  See ECF Nos. 33, 43. Because Langan filed an amended complaint that complies with the Court's orders on January 31, 2014, the United States Marshal is now ordered to serve summons and a copy of this order on Defendants.

      **IT IS SO ORDERED.**

Dated:  February 4, 2014

_____

JON S. TIGAR
United States District Judge