UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILIP LANGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-04994-JST<br><br>**ORDER VACATING HEARING AND DENYING MOTION TO APPEAR BY TELEPHONE AS MOOT**<br><br>Re: ECF Nos. 75, 76, 77, 79, 91 |

　　　A hearing on Defendants' motions to dismiss or to compel arbitration is scheduled for April 24, 2014. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motions are under submission. The pending motion to appear by telephone is DENIED AS MOOT.

　　　**IT IS SO ORDERED.**

Dated: April 15, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge