United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER PHILIP LANGAN,

       Plaintiff,

     v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION, et al.,

       Defendants.

Case No.  13-cv-04994-JST

**ORDER TO SHOW CAUSE WHY
COMPLAINT SHOULD NOT BE
DISMISSED WITH PREJUDICE
PURSUANT TO RULE 41(B)**

On September 23, 2014, the Court issued an Order regarding Defendants' Motions to Dismiss, Motion to Compel, and Motion to Strike.  ECF No. 102.  In the Order, the Court permitted Plaintiff Christopher Langan to file an amended complaint curing the deficiencies identified in the Order within thirty days.  Id. at 27.  Langan has not filed an amended complaint.  In addition, he did not file a joint or separate case management statement pursuant to Civil Local Rule 16-9(a) and did not appear at the case management conference held on December 17, 2014.  ECF No. 120.  Furthermore, it appears to the Court from Plaintiff's prior correspondence that it is uncertain whether he intends to continue with the prosecution of this case.

Therefore, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  Plaintiff shall file a written response to this Order no later than January 15, 2015.  A hearing on the Order to Show Cause is set for January 29, 2015 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  December 18, 2014

_____
JON S. TIGAR
United States District Judge