United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PHILIP LANGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.,<br><br>    Defendant. | Case No.  13-cv-04994-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 122 |

The Court hereby GRANTS the request of Defendants Experian Information Solutions, Inc., Experian Data Corp., and Experian Services Corp. to appear by telephone at the hearing on the Court's order to show cause and case management conference scheduled for January 29, 2015 at 2:00 p.m.  Not less than twenty-four hours before the hearing and conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached.

**IT IS SO ORDERED.**

Dated: January 22, 2015

_____
JON S. TIGAR
United States District Judge